BEFORE THE SECOND DIVISION, JANUARY 14, 1965

No. 69008.—Novelty Veiling Co., Inc., et al. v. United States, protests 64/2051, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JANUARY 14, 1965

No. 69009.—Albert Kessler & Co. and Arthur J. Fritz & Co. v. United States, protest 60/4790 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of brass lotus flower holders similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiffs was sustained.

No. 69010.—A. Simkins & Co. v. United States, protest 63/4189 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.